UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-60294-CIV-MORENO

ABM FINANCIAL SERVICES, INC.,

    Plaintiff,

vs.

EXPRESS CONSOLIDATION, INC.,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court upon Stipulation for Dismissal with Prejudice **(D.E. 109)**, filed **July 3, 2008**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs, in accordance with the terms of the Settlement Agreement. The Court shall retain jurisdiction over the parties in order to enforce the terms of the Settlement Agreement. This case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record